(No. 6454 ▮▮▮▮▮▮▮▮▮

ROGER STEVENS, J. WILBUR CAMPBELL, ELEANOR L. BARNAL, WILLIAM D. SCHAFER AND WILLIAM STEPHEN BRAY, Claimants, *vs.* STATE OF ILLINOIS, JERSEY COUNTY EDUCATIONAL SERVICE REGION, Respondent.

*Opinion filed September 11, 1972.*

O. A. WILSON, JR., Attorney for Claimants.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.